*Monday, October 26, 1998*

## MOTION DOCKET

**96–2311. State v. Keenan.**
Cuyahoga App. No. 67452. This court received notification from the Supreme Court of the United States that said court on October 5, 1998, entered an order in No. 97–9591, *Thomas Keenan v. Ohio,* which stated:
"The petition for a writ of certiorari is denied."
Upon consideration that the stay of execution of sentence granted by this court on May 1, 1998, was conditioned upon final disposition of appellant's petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered a final disposition of the petition,
IT IS ORDERED that the stay of execution is hereby terminated as of the date of this entry, October 23, 1998.
IT IS HEREBY ORDERED by this court that the sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, the 21st day of January, 1999, in accordance with the statutes so provided.
IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that the Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.
IT IS FURTHER ORDERED by the court that, upon written application of appellant, and pursuant to *State v. Glenn* (1987), 33 Ohio St.3d 601, 514 N.E.2d 869, this court will grant one additional stay for a period ending six months from the date of this entry to allow appellant an opportunity to file a petition for post-conviction relief.

**98–640. State v. Stallings.**
Summit C.P. No. CR97051118A. This cause is pending before the court as an appeal from the Court of Common Pleas of Summit County. Upon consideration of appellant's motion for stay of execution,
IT IS ORDERED by the court that appellant's motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

## MISCELLANEOUS DISMISSALS

**97–2005. R.J. Weiss Dev. Co. v. Chagrin Falls Bd. of Zoning Appeals.**
Cuyahoga App. No. 70965. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.